JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brianna.Smith@usdoj.gov

*Attorneys for Defendant United States
on behalf of USCIS and Alejandro Mayorkas*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Hanyin Zhang, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; Alejandro Mayorkas, in his Official Capacity, Secretary of the Department of Homeland Security,<br><br>   Defendants. | Case No. 2:22-cv-781-CDS-BNW<br><br>**Stipulation to Extend the United States' Deadline to File the United States' First Responsive Pleading and/or Answer to the Complaint**<br><br>**(First Request)** |

Plaintiff Hanyin Zhang and Defendant United States of America, through counsel, hereby stipulate and agree as follows:

1. Plaintiff served the United States with a copy of the Summons and Complaint on May 23, 2022.

2. The deadline for the United States to answer or otherwise respond is July 22, 2022.

3. The USCIS and Plaintiff are currently working to potentially resolve the subject of the case, but additional information is requested by the agency and that is currently in progress.

4. The parties have agreed to extend the deadline to answer or respond to October 20, 2022.

5. This stipulation is made in good faith and not for the purpose of delay.

Therefore, the parties request that the Court extend the deadline for an answer or other response to October 20, 2022.

Respectfully submitted this 12th day of July 2022.

| | |
|---|---|
| WENDOT LAW GROUP, LTD. | JASON M. FRIERSON<br>United States Attorney |
| */s/ Yao (Kevin) Wen*<br>Yao (Kelvin) Wen, Esq.<br>411 E. Bonneville Ave. #150<br>Las Vegas, NV 89101<br>ywen@wendotlaw.com<br>*Attorneys for Plaintiffs* | */s/ Brianna Smith*<br>BRIANNA SMITH<br>Assistant United States Attorney |

**ORDER**
**IT IS SO ORDERED**

**DATED:** 3:16 pm, July 13, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**