JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for Defendant United States
on behalf of USCIS and Alejandro Mayorkas*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Hanyin Zhang, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; Alejandro Mayorkas, in his Official Capacity, Secretary of the Department of Homeland Security,<br><br>  Defendants. | Case No. 2:22-cv-781-CDS-BNW<br><br>**Motion to Appear, Substitute and Withdraw Attorney of Record** |

The United States of America, on behalf of Federal Defendants seeks to substitute Assistant United States Attorney Skyler H. Pearson as the lead counsel for the United States of America in the place and stead of Assistant United States Attorney Brianna Smith.

The United States respectfully requests the Clerk of the Court to please note the withdrawal of Assistant United States Attorney Brianna Smith who will no longer be with the United States Attorney's Office, District of Nevada, and should be terminated from further notification from the Court's CM/ECF system.

. . .

. . .

. . .

. . .

Hereinafter, all parties to the above-referenced case should notify undersigned counsel of any action in this case.

Respectfully submitted this 21st day of July 2022.

        JASON M. FRIERSON
        United States Attorney

        */s/ Skyler Pearson*
        SKYLER H. PEARSON
        Assistant United States Attorney

        *Attorneys for the United States*

### ORDER

**IT IS SO ORDERED**

**DATED:** 3:21 pm, July 22, 2022

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**