JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6530
Skyler.pearson@usdoj.gov

*Attorneys for Defendant United States
on behalf of USCIS and Alejandro Mayorkas*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Hanyin Zhang, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; Alejandro Mayorkas, in his Official Capacity, Secretary of the Department of Homeland Security,<br><br>        Defendants. | Case No. 2:22-cv-781-CDS-BNW<br><br>**Stipulation to Extend the United States' Deadline to File the United States' First Responsive Pleading and/or Answer to the Complaint**<br><br>**(Second Request)** |

Plaintiff Hanyin Zhang and Defendant United States of America, through counsel, hereby stipulate and agree as follows:

1. Plaintiff served the United States with a copy of the Summons and Complaint on May 23, 2022.

2. The original deadline for the United States to answer or otherwise respond was July 22, 2022.

3. Plaintiff and the United States agreed to extend the deadline to answer or respond to October 20, 2022 (ECF No. 6). The Court granted the parties' stipulation (ECF No. 7).

4. Both before and since the time the Court granted the parties' stipulation, the USCIS and Plaintiff have worked towards a potential resolution of the case. However,

additional information is being requested by the agency.

5. The parties have agreed to again extend the deadline to answer or respond by 60 days, until to December 19, 2022.

6. This stipulation is made in good faith and not for the purpose of delay.

Therefore, the parties request that the Court extend the deadline for an answer or other response to December 19, 2022.

Respectfully submitted this 17th day of October 2022.

| | |
|---|---|
| WENDOT LAW GROUP, LTD. | JASON M. FRIERSON<br>United States Attorney |
| */s/ Yao (Kelvin) Wen*<br>Yao (Kelvin) Wen, Esq.<br>411 E. Bonneville Ave. #150<br>Las Vegas, NV 89101<br>ywen@wendotlaw.com<br>*Attorneys for Plaintiffs* | */s/ Skyler H. Pearson*<br>SKYLER H. PEARSON<br>Assistant United States Attorney |

### ORDER

**IT IS SO ORDERED**

**DATED:** 12:07 pm, October 18, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**